CLERKS OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED
NOV 16 2023
LAURA A. AUSTIN, CLERK
BY: s/ H. MCDONALD
       DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION
NOVEMBER 2023 SESSION

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal No. 4:23CR00014 |
| v. | **INDICTMENT** |
| CHRISTOPHER RASHARD HARRIS | **In Violation of:** |
| | 18 U.S.C. § 1951(a) |
| | 18 U.S.C. § 924(c) |

## COUNT ONE

The Grand Jury charges that:

1. On or about June 28, 2023, in the Western District of Virginia, the defendant, CHRISTOPHER RASHARD HARRIS, did unlawfully obstruct, delay, and affect commerce as that term is defined in Title 18, United States Code, Section 1951(b)(3), and the movement of articles and commodities in such commerce, by robbery, as that term is defined by Title 18, United States Code, Section 1951(b)(1), in that the defendant did unlawfully take and obtain United States currency from the possession and custody of an employee of the Food Lion store located at 3305 US Highway 29, Danville, Virginia, against his will, by means of actual and threatened force, violence, and fear of injury, immediate and future, to his person and property in his custody and possession, that is the defendant used, carried, displayed, possessed, and brandished a firearm at the store employee.

2. At all times material to this Indictment, Food Lion, located at 3305 US Highway 29, Danville, Virginia, was engaged in the "grocery" business, an industry which affects interstate and foreign commerce.

3. All in violation of Title 18, United States Code, Section 1951(a).

## COUNT TWO

The Grand Jury further charges that:

1. On or about June 28, 2023, in the Western District of Virginia, the defendant, CHRISTOPHER RASHARD HARRIS, did knowingly use, carry, and brandish a firearm during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, that is, robbery in violation of Title 18, United States Code, Section 1951, as set forth in Count One of this Indictment.

2. All in violation of Title 18, United States Code, Sections 924(c)(1)(A), 924(c)(1)(A)(i), and 924(c)(1)(A)(ii).

A TRUE BILL this 16th day of November, 2023.

*s/Grand Jury Foreperson*
FOREPERSON

*for* CHRISTOHER R. KAVANAUGH
UNITED STATES ATTORNEY